**Fill in this information to identify the case and this filing:**

Debtor Name: **Newstream Hotel Partners-IAH, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **20-41064**

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **4/24/20**      X _____
MM / DD / YYYY              Signature of individual signing on behalf of debtor

**Timothy Nystrom**
Printed name

**See Exhibit "A"**
Position or relationship to debtor

EXHIBIT "A"

Newstream Hotel Partners – IAH LLC

By: _____
Timothy Nystrom, President
Newstream Hotels & Hospitality LLC,
Manager of Newstream Hotel Partners – IAH LLC

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Newstream Hotel Partners-IAH, LLC** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | |
| Case number (if known) | 20-41064 | ☐ Check if this is an amended filing |

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Red Lion Hotel Corporation Attn: Accounts Receivable 1550 Market Street, Suite 425 | | Other | | | | $298,509.00 |
| 2 | Expotel Hospitality Services, LLC 401 Veterans Memorial Blvd. Suite 102 | ncoombs@expotelhospitality.com | Vendor | | | | $61,935.48 |
| 3 | Constellation NewEnergy, Inc. P.O. Box 4640 Carol Stream, IL 60197- | customercare@constellation.com | Services Rendered | | | | $53,322.22 |
| 4 | City of Houston Water Department P.O. Box 1560 Houston, TX 77251 | | Services Rendered | | | | $52,242.12 |
| 5 | Gesmer Updegrove LLP 40 Broad Street Boston, MA 02109 | 617-350-6878 | Legal Fees | | | | $24,975.79 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 1

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) **20-41064** |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Ben E. Keith<br>P.O. Box 2497<br><br>Fort Worth, TX 76113 | | Services Rendered | | | | $24,738.37 |
| 7 | IPFS Corporation<br>P.O. Box 730223<br><br>Dallas, TX 75373-0223 | 405-948-1974 | Insurance | | | | $22,625.00 |
| 8 | Allbridge<br>c/o ALC<br>P.O. Box 78131<br><br>Milwaukee, WI 53278 | 866-810-7305 | Vendor | | | | $15,323.02 |
| 9 | Center Point Energy Services Inc.<br>P.O. Box 301149<br><br>Dallas, TX 75303-1149 | | Services Rendered | | | | $13,632.76 |
| 10 | American Hotel Register Co.<br>P.O. Box 71299<br><br>Chicago, IL 60694-1299 | | Vendor | | | | $12,880.88 |
| 11 | BluePrint RF<br>5555 Oakbrook Parkway Suite 640<br><br>Norcross, GA 30093 | | Services Rendered | | | | $12,834.03 |
| 12 | First Insurance Funding<br>450 Skokie Boulevard, Suite 1000<br><br>Northbrook, IL 60062- | 800-837-3709 | Insurance | | | | $11,324.00 |
| 13 | Ecolab Pest Elimination Division<br>26252 Network Place<br><br>Chicago, IL 60673-1262 | | Services Rendered | | | | $10,316.85 |

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) **20-41064** |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | NCS Commercial Recovery on behalf of The Knowledge Group P.O. Box 24101 Cleveland, OH 44124 | | Vendor | | | | $9,297.00 |
| 15 | Booking.com 5295 Paysphere Circle Lockbox 5295 Chicago, IL 60674-5295 | creditcontrol.us@booking.com | Vendor | | | | $8,803.69 |
| 16 | Planet Ford 20403 I-45 Spring, TX 77388 | | Vendor | | | | $7,880.64 |
| 17 | Logix Fiber Networks P.O. Box 734120 Dallas, TX 75373-4120 | | Services Rendered | | | | $6,032.84 |
| 18 | Schindler Elevator Corp. P.O. Box 93050 Chicago, IL 60673-3050 | 504-734-0877 | Vendor | | | | $5,045.09 |
| 19 | HD Supply Facilities Maintenance P.O. Box 509058 San Diego, CA 92150- | 800-930-4930 customercare@hdsupply.com | Vendor | | | | $4,926.08 |
| 20 | Waste Connection of Texas 2010 Wilson Road Humble, TX 77396 | | Vendor | | | | $3,327.37 |