| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): **20-41064**   Chapter **11** |

☑ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　　　　04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**　　　**Newstream Hotel Partners-IAH, LLC**

2. **All other names debtor used in the last 8 years**　　**dba Red Lion Hotel**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**　　8 3 – 0 5 3 4 5 1 9

4. **Debtor's address**

   **Principal place of business**

   **311 S. Oak Street, Suite 250**
   Number　Street

   **Roanoke　　TX　76262**
   City　　　　State　ZIP Code

   **Denton**
   County

   **Mailing address, if different from principal place of business**

   Number　Street

   P.O. Box

   City　　　　State　ZIP Code

   **Location of principal assets, if different from principal place of business**

   **500 N. Sam Houston Pkwy E.**
   Number　Street

   **Houston　　TX　77060**
   City　　　　State　ZIP Code

5. **Debtor's website (URL)**　　**redlion.com/houston-airport**

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor **Newstream Hotel Partners-IAH, LLC**     Case number (if known) **20-41064**

**7. Describe debtor's business**

*A. Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

*B. Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Newstream Hotel Partners-IAH, LLC**     Case number (if known) **20-41064**

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____ (MM/DD/YYYY)  Case number _____
  - District _____  When _____ (MM/DD/YYYY)  Case number _____
  - District _____  When _____ (MM/DD/YYYY)  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
  - District _____  When _____ (MM/DD/YYYY)
  - Case number, if known _____
  - Debtor _____  Relationship _____
  - District _____  When _____ (MM/DD/YYYY)
  - Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Newstream Hotel Partners-IAH, LLC**     Case number (if known) **20-41064**

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** *(Check all that apply.)*

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number    Street

  _____
  City     State     ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and adminstrative information

**13.** **Debtor's estimation of available funds**

*Check one:*
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** **Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15.** **Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16.** **Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

Debtor **Newstream Hotel Partners-IAH, LLC**     Case number (if known) **20-41064**

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **04/29/2020**
    MM / DD / YYYY

    X _/signature/_     **Timothy Nystrom**
    Signature of authorized representative of debtor     Printed name

    Title **See Exhibit "A"**

18. **Signature of attorney**

    X **/s/ Jason P. Kathman**     Date **04/29/2020**
    Signature of attorney for debtor                      MM / DD / YYYY

    **Jason P. Kathman**
    Printed name
    **Pronske & Kathman, P.C.**
    Firm name
    **2701 Dallas Parkway**
    Number    Street
    **Suite 590**

    **Plano**     **TX**     **75093**
    City     State     ZIP Code

    **(214) 658-6500**     **jkathman@pronskepc.com**
    Contact phone     Email address

    **24070036**     **TX**
    Bar number     State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 5

Scanned with CamScanner

# EXHIBIT "A"

Newstream Hotel Partners – IAH LLC


By: _____
Timothy Nystrom, President
Newstream Hotels & Hospitality LLC,
Manager of Newstream Hotel Partners – IAH LLC

Scanned with CamScanner

## Resolution of the Manager of
## Newstream Hotel Partners — IAH LLC
## a Texas limited liability company

Pursuant to the provisions of the Texas Business Organizations Code, the undersigned managers, with the consent of a majority of the members, of Newstream Hotel Partners — IAH LLC, a Texas limited liability company (the "**Company**"), HEREBY CONSENT to the adoption of the following resolutions.

WHEREAS, Newstream Hotels & Hospitality LLC is the manager of the Company (the "**Manager**"); and

WHEREAS, the Manager has considered the financial and operational aspects of the Company's business and has determined that it is desirable and in the best interests of the Company, its creditors, equity holders, and other interested parties that the Company file a petition seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and

WHEREAS, the Manager obtained the "Approval of the Members" (as that term is defined in the Company's Operating Agreement) to undertake the actions memorialized herein.

NOW, THEREFORE BE IT RESOLVED that the Manager recommends and directs the Company to seek relief under the provisions of the Bankruptcy Code;

RESOLVED FURTHER, that Timothy Nystrom (the "**Authorized Signatory**") is hereby individually authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Texas at such time as the Authorized Signatory shall determine;

RESOLVED FURTHER, that the Authorized Signatory, and such other officers of the Company as the Authorized Signatory shall, from time to time, designate, be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists, and other papers, and to take any and all actions that the Authorized Signatory may deem necessary or proper in connection with the Chapter 11 case;

RESOLVED FURTHER, that the law firm of Pronske & Kathman, P.C. be employed as counsel for the Company in connection with the Company's Chapter 11 case;

RESOLVED FURTHER, that the Authorized Signatory is authorized and empowered in the name and on behalf of the Company, to (i) take or cause to be taken any and all such further actions and to prepare, execute and deliver or cause to be prepared, executed and delivered, and where necessary or appropriate, file or cause to be filed with the appropriate governmental authorities, all such other instruments and documents, (ii) incur and pay or cause to be paid all fees and expenses and (iii) engage such persons as such Authorized Signatory in his or her sole discretion, may determine to be necessary or appropriate to carry out fully the intent and purposes

of the foregoing resolutions and each of the transactions contemplated thereby, such determination to be conclusively established by the taking or causing of any such further action;

RESOVED FURTHER, that all lawful actions of any kind previously taken by the Manager of the Company, or any person or persons designated or authorized to act by the Company, which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved and adopted as acts of the Company;

RESOLVED FURTHER, that these resolutions may be executed by facsimile, telecopy, or other reproduction, and such execution shall be considered valid, binding and effective for all purposes.

IN WITNESS WHEREOF, the undersigned, being the Manager of the Company, has executed this written consent to be effective as of 24th day of April, 2020.

_____
Timothy Nystrom, President
Newstream Hotels & Hospitality LLC,
Manager of Newstream Hotel Partners — IAH LLC