| **Fill in this information to identify the case** | |
|---|---|
| Debtor name | **Newstream Hotel Partners-IAH, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **20-41064-11** |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **First State Bank** | **Checking account** | **8  1  8  9** | $125,478.05 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

   | 4.1. **UC Red Lion Houston Holder Reserves** | $821,310.66 |
   |---|---|

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $946,788.71 |
   |---|

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

DocuSign Envelope ID: 4B31A620-1C82-4910-B485-147AB236C7D6

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) | **20-41064-11** |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

**$0.00**

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a.  90 days old or less: _____ – _____ = ..............➔ _____
face amount                     doubtful or uncollectible accounts

11b.  Over 90 days old: _____ – _____ = ..............➔ _____
face amount                     doubtful or uncollectible accounts

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$0.00**

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                     % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

17. **Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

**$0.00**

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

---

Official Form 206A/B                **Schedule A/B: Assets -- Real and Personal Property**                page 2

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) | **20-41064-11** |
|---|---|---|---|
| | Name | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| Hotel Supplies | 01/01/2020 | $12,187.00 | Liquidation Value | $0.00 |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) | **20-41064-11** |
|---|---|---|---|
| | Name | | |

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 8:   Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51. Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $0.00 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☐ Yes

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) | **20-41064-11** |
|---|---|---|---|
| | Name | | |

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **500 N. Sam Houston Pkwy. E. Houston, TX 77060** 500 N. Sam Houston Pkwy. E., Houston, TX 77060 | Fee Simple | $2,984,312.63 | Fair Market Value | Unknown |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| Choice Hotels Franchise Agreement | Unknown | | Unknown |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.

**$0.00**

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) | **20-41064-11** |
|--------|----------------------------------------|------------------------|------------------|
|        | Name                                    |                        |                  |

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11:  All other assets

**70.  Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|--|------------------------------------|

**71.  Notes receivable**

Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

| **Interest in Insurance Policies** | **Unknown** |
|------------------------------------|-------------|
| **Insurance Proceeds** | **$1,200,000.00** |

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Claims and causes of action against HMC Hospitality Operating Company, including breach of contract** | **Unknown** |
|--------------------------------------------------------------------------------------------------------|-------------|
| Nature of claim | |
| Amount requested | |

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| **Claims, counterclaims, and causes of action against UC Red Lion Houston Holder, including lender liability claims** | **Unknown** |
|----------------------------------------------------------------------------------------------------------------------|-------------|
| Nature of claim | |
| Amount requested | |

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

| **$1,200,000.00** |
|-------------------|

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor    **Newstream Hotel Partners-IAH, LLC**                Case number (if known)    **20-41064-11**
_____                                          _____
Name

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$946,788.71** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................➔ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$1,200,000.00** | |
| 91. **Total.** Add lines 80 through 90 for each column.    91a. | **$2,146,788.71** + 91b. | **$0.00** |

92. **Total of all property on Schedule A/B.**   Lines 91a + 91b = 92 ...................................................................... **$2,146,788.71**

DocuSign Envelope ID: 4B21A620-1C32-491D-B485-147AB236C7D6

| **Fill in this information to identify the case:** |
|---|
| Debtor name **Newstream Hotel Partners-IAH, LLC** |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** |
| Case number **20-41064-11**<br>(if known) |

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Harris County Tax Assessor | **Describe debtor's property that is subject to a lien** | $100,066.19 | $0.00 |
| **Creditor's mailing address**<br>Ann Harris Bennett<br>P.O. Box 4663 | **500 N. Sam Houston Pkwy. E., Houston, TX 77060**<br>**Describe the lien**<br>**Taxes** | | |
| Houston        TX    77210-4663 | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

1) Harris County Tax Assessor; 2) UC Funding; 3) Westway Construction Services, LLC.

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$5,477,196.10

DocuSign Envelope ID: 4B21A620-1C82-4910-B485-147AB236C7D6

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) **20-41064-11** |
|---|---|---|

| **Part 1:** | **Additional Page** | |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.2**   Creditor's name
**UC Funding**

Describe debtor's property that is subject to a lien                    **$5,000,000.00**          **$0.00**

**500 N. Sam Houston Pkwy. E., Houston, TX 77060**

Creditor's mailing address
**745 Boylston Street**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

**Boston          MA   02116**

☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred   **09/27/2018**

☐ No
☒ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

_____ _____ _____ _____

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ Contingent
☒ Unliquidated
☐ Disputed

☐ No
☒ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☒ Yes.  The relative priority of creditors is specified on lines   **2.1**

---

**2.3**   Creditor's name
**Westway Construction Services, LLC**

Describe debtor's property that is subject to a lien                    **$377,129.91**          **$0.00**

**500 N. Sam Houston Pkwy. E., Houston, TX 77060**

Creditor's mailing address
**d/b/a Westway Construction**

Describe the lien
**M&M Lien**

**c/o Angeline V. Kell**

Is the creditor an insider or related party?

**5051 Westheimer, Suite 1200**

☒ No

**Houston          TX   77056**

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☒ No

Date debt was incurred

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

_____ _____ _____ _____

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☒ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☒ Yes.  The relative priority of creditors is specified on lines   **2.1**

DocuSign Envelope ID: 4B21A620-1C22-4919-B485-147AB236C7D6

**Fill in this information to identify the case:**

Debtor          **Newstream Hotel Partners-IAH, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number    **20-41064-11**
(if known)

☐ Check if this is an
   amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐  No.  Go to Part 2.
☑  Yes.  Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
      If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | $820.00 | $820.00 |

**Alejandrina Chavez**

**4911 Harmon Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston              TX        77093**

**Basis for the claim:**
**Wages**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | $421.97 | $421.97 |

**Amberly Garcia**

**514 Alley Ct**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Spring                TX        77388**

**Basis for the claim:**
**Wages**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

DocuSign Envelope ID: 4B31A620-1C22-4910-B485-147AB236C7D6

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) | **20-41064-11** |
|---|---|---|---|

---

**Part 1:    Additional Page**

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.3**    Priority creditor's name and mailing address

**Angeline E. Grasse**

**331 Parramatta Lane**

**Apt. 207**

**Houston**                     **TX        77073**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Wages**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$1,252.58**    Priority amount: **$1,252.58**

---

**2.4**    Priority creditor's name and mailing address

**Antonia Luvianos-Benitez**

**4216 Trenton Road**

**Houston**                     **TX        77093**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Wages**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$579.60**    Priority amount: **$579.60**

---

**2.5**    Priority creditor's name and mailing address

**Balraj Sra**

**3 Rocky Lane**

**Houston**                     **TX        77040**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Wages**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$2,736.00**    Priority amount: **$2,736.00**

---

DocuSign Envelope ID: 4B31A620-1C82-4919-B485-147AB236C7D6

| Debtor | Newstream Hotel Partners-IAH, LLC | Case number (if known) | 20-41064-11 |
|---|---|---|---|

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

---

**2.6**    Priority creditor's name and mailing address

**Carlos Padilla**

**7222 Winding Trace Drive**

**Houston                TX        77086**

Date or dates debt was incurred
_____

Last 4 digits of account
number      ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,508.66**    Priority amount: **$1,508.66**

---

**2.7**    Priority creditor's name and mailing address

**Elizabeth Benavente**

**500 North Sam Houston Parkway East**

**Houston                TX        77034**

Date or dates debt was incurred
_____

Last 4 digits of account
number      ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,660.89**    Priority amount: **$1,660.89**

---

**2.8**    Priority creditor's name and mailing address

**Hector A. Alvarenga**

**13750 Repa Lane**

**Houston                TX        77014**

Date or dates debt was incurred
_____

Last 4 digits of account
number      ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,805.56**    Priority amount: **$1,805.56**

---

DocuSign Envelope ID: 4B31A620-1C22-4919-B485-147AB236C7D6

| Debtor | Newstream Hotel Partners-IAH, LLC | Case number (if known) | 20-41064-11 |
|---|---|---|---|

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.9** Priority creditor's name and mailing address
**Jesus Herrera**
**6014 Woodview**

**Humble                    TX      77396**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☒ No
☐ Yes

**$220.00**    **$220.00**

**2.10** Priority creditor's name and mailing address
**Luisa Guzman-Castro**
**16250 Imperial Valley Drive**
**Apt. 306**

**Houston                    TX      77060**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☒ No
☐ Yes

**$473.03**    **$473.03**

**2.11** Priority creditor's name and mailing address
**Maria Garcia**
**8523 Jack Pine Place**

**Tomball                    TX      77375**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☒ No
☐ Yes

**$404.94**    **$404.94**

| Debtor | Newstream Hotel Partners-IAH, LLC | Case number (if known) | 20-41064-11 |
|---|---|---|---|

## Part 1:   Additional Page

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|

### 2.12  Priority creditor's name and mailing address
**Maria Garnica**

**419 Country Fair Drive**

**Houston            TX     77060**

Date or dates debt was incurred

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$476.00**          **$476.00**

### 2.13  Priority creditor's name and mailing address
**Maria Venegas**

**2143 Grenbriar Colony**

Date or dates debt was incurred

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$95.95**          **$95.95**

### 2.14  Priority creditor's name and mailing address
**Mariano Hernandez**

**7222 Winding Trace Drive**

**Houston            TX     77086**

Date or dates debt was incurred

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,907.36**          **$2,907.36**

DocuSign Envelope ID: 4B31A620-1C83-4910-B485-147AB236C7D6

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) | **20-41064-11** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.15**  Priority creditor's name and mailing address
**Marie Bradley**
**1418 Evermore Manor Lane**

**Houston**                **TX**      **77073**

Date or dates debt was incurred

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $464.90    **Priority amount** $464.90

---

**2.16**  Priority creditor's name and mailing address
**Mayra Y. Ramos**
**1511 Chestnut Tree Lane**

**Houston**                **TX**      **77067**

Date or dates debt was incurred

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $389.40    **Priority amount** $389.40

---

**2.17**  Priority creditor's name and mailing address
**Puanani M. Lindon**
**P.O. Box 92983**

**Lafayette**                **LA**      **70509**

Date or dates debt was incurred

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $4,684.62    **Priority amount** $4,684.62

DocuSign Envelope ID: 4B31A620-1C22-4910-B485-147AB236C7D6

| Debtor | Newstream Hotel Partners-IAH, LLC | Case number (if known) | 20-41064-11 |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.18**   Priority creditor's name and mailing address
**Richard Cobian**

**22221 Cypreswood Drive**

**Apt. 603**

**Spring**                         **TX        77373**

Date or dates debt was incurred
_____

Last 4 digits of account
number            ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
**claim:**   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,366.54**    Priority amount: **$1,366.54**

---

**2.19**   Priority creditor's name and mailing address
**Ronald Freeman**

**90 Northpoint Drive**

**Apt. 313**

**Houston**                       **TX        77060-3247**

Date or dates debt was incurred
_____

Last 4 digits of account
number            ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
**claim:**   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$396.00**    Priority amount: **$396.00**

---

**2.20**   Priority creditor's name and mailing address
**Rosa M. Garcia**

**906 Greens Road**

**Apt. 83**

**Houston**                       **TX        77060**

Date or dates debt was incurred
_____

Last 4 digits of account
number            ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
**claim:**   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$266.22**    Priority amount: **$266.22**

---

DocuSign Envelope ID: 4B31A620-1C83-4910-B485-147AB236C7D6

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) | **20-41064-11** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.21** Priority creditor's name and mailing address
**Rosalia Guzman**

**215 Mill Stream Lane**

**Houston**      **TX**    **77060**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim**    **$140.88**      **Priority amount**    **$140.88**

---

**2.22** Priority creditor's name and mailing address
**Ruben Pineda**

**20318 Paso Fino Drive**

**Humble**      **TX**    **77338**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,126.96**      **$1,126.96**

---

**2.23** Priority creditor's name and mailing address
**Sherry A. Harvey**

**10419 Clearwater Crossing Blvd.**

**Houston**      **TX**    **77075**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,884.80**      **$2,884.80**

---

DocuSign Envelope ID: 4B31A620-1C82-4910-B485-147AB236C7D6

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) | **20-41064-11** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.24**   Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**P.O. Box 13528**

**Austin          TX      78711-3528**

Date or dates debt was incurred

Last 4 digits of account number   ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Mixed Beverage Tax**

Is the claim subject to offset?
☑ No
☐ Yes

**$344.25**          **$344.25**

---

**2.25**   Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**P.O. Box 13528**

**Austin          TX      78711-3528**

Date or dates debt was incurred

Last 4 digits of account number   ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Hotel Occupancy Tax**

Is the claim subject to offset?
☑ No
☐ Yes

**$36,778.30**          **$36,778.30**

---

**2.26**   Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**P.O. Box 13528**

**Austin          TX      78711-3528**

Date or dates debt was incurred

Last 4 digits of account number   ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales & Use Tax**

Is the claim subject to offset?
☑ No
☐ Yes

**$14,458.35**          **$14,458.35**

| Debtor | Newstream Hotel Partners-IAH, LLC | Case number (if known) | 20-41064-11 |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.27** Priority creditor's name and mailing address

**Tila Sanchez**

**16303 Imperial Valley Drive**

**Apt. 509**

**Houston                    TX        77060**

Date or dates debt was incurred

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $249.60        **Priority amount** $249.60

**2.28** Priority creditor's name and mailing address

**Xavier Davis**

**7131 Pittswoods Lane**

**Houston                    TX        77016**

Date or dates debt was incurred

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $457.32        **Priority amount** $457.32

DocuSign Envelope ID: 4B21A620-1C83-4910-B485-147AB236C7D6

| Debtor | Newstream Hotel Partners-IAH, LLC | Case number (if known) | 20-41064-11 |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Advanced Business Copier**

**P.O. Box 12018**

$469.79

Basis for the claim:

**Spring**            **TX**    **77391**         **Vendor**

Date or dates debt was incurred         Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __   ☐ Yes

**3.2**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Airgas USA, LLC**

**P.O. Box 676015**

$1,112.82

Basis for the claim:

**Dallas**            **TX**    **75267-6015**    **Services Rendered**

Date or dates debt was incurred         Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __   ☐ Yes

**3.3**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Airport Accomodations**

**O'Hare Accomodations, Inc.**

**1900 E. Golf Road**

**Suite M150**

$672.30

Basis for the claim:

**Schaumburg**         **IL**    **60173**         **Vendor**

Date or dates debt was incurred         Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __   ☐ Yes

**3.4**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Aleman Repair Service**

**P.O. Box 1997**

$2,099.93

Basis for the claim:

**Bellaire**          **TX**    **77402**         **Vendor**

Date or dates debt was incurred         Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __   ☐ Yes

DocuSign Envelope ID: 4B31A620-1C82-4910-B485-147AB236C7D6

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) | **20-41064-11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.5** | Nonpriority creditor's name and mailing address |
|---|---|

**Allbridge**

**c/o ALC**

**P.O. Box 78131**

| **Milwaukee** | **WI** | **53278** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,323.02**

---

| **3.6** | Nonpriority creditor's name and mailing address |
|---|---|

**AllPoints Food Service Parts &**

**Supplies, Inc.**

**P.O. Box 74007307**

| **Chicago** | **IL** | **60674-7307** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$83.99**

---

| **3.7** | Nonpriority creditor's name and mailing address |
|---|---|

**ALSCO**

**2641 S. Leavitt Street**

| **Chicago** | **IL** | **60608** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$155.00**

---

| **3.8** | Nonpriority creditor's name and mailing address |
|---|---|

**American Hotel Register Co.**

**P.O. Box 71299**

| **Chicago** | **IL** | **60694-1299** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,880.88**

---

DocuSign Envelope ID: 4B31A620-1C82-4910-B485-147AB236C7D6

| | |
|---|---|
| Debtor    **Newstream Hotel Partners-IAH, LLC** | Case number (if known)   **20-41064-11** |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9**   Nonpriority creditor's name and mailing address

**AT&T (ATT-5001)**

**P.O. Box 5001**

**Carol Stream                IL        60197-5001**

Date or dates debt was incurred

Last 4 digits of account number     __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$268.57**

---

**3.10**   Nonpriority creditor's name and mailing address

**AT&T OneNet Service**

**P.O. Box 5001**

**Carol Stream                IL        60197-5001**

Date or dates debt was incurred

Last 4 digits of account number     __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$6.21**

---

**3.11**   Nonpriority creditor's name and mailing address

**Bank of America**

**Credit Card**

Date or dates debt was incurred

Last 4 digits of account number     __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,000.00**

---

**3.12**   Nonpriority creditor's name and mailing address

**Battery Shack II**

**7601 North Federal Hwy**

**Suite 110A**

**Boca Raton                FL        33487**

Date or dates debt was incurred

Last 4 digits of account number     __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$433.00**

---

DocuSign Envelope ID: 4B31A620-1C23-4919-B485-147AB236C7D6

| Debtor | Newstream Hotel Partners-IAH, LLC | Case number (if known) | 20-41064-11 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13** Nonpriority creditor's name and mailing address

Ben E. Keith

P.O. Box 2497

Fort Worth     TX    76113

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Services Rendered

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$24,738.37

---

**3.14** Nonpriority creditor's name and mailing address

Birdie Imaging Supplies

1158 26th Street

Suite 485

Santa Monica    CA    90403

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$374.40

---

**3.15** Nonpriority creditor's name and mailing address

BluePrint RF

5555 Oakbrook Parkway

Suite 140

Norcross    GA    30093

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Services Rendered

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$12,834.03

---

**3.16** Nonpriority creditor's name and mailing address

Bluip Inc.

P.O. Box 508

Burbank    CA    91503

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$442.26

---

DocuSign Envelope ID: 4B31A620-16B2-491D-B485-147AB236C7D6

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) | **20-41064-11** |
|---|---|---|---|

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17** | Nonpriority creditor's name and mailing address

**Booking.com**

**5295 Paysphere Circle**

**Lockbox 5295**

| **Chicago** | IL | **60674-5295** |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,803.69**

---

**3.18** | Nonpriority creditor's name and mailing address

**Brinks Inc.**

**P.O. Box 64115**

| **Baltimore** | MD | **21264-4115** |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,953.93**

---

**3.19** | Nonpriority creditor's name and mailing address

**Business Card**

**P.O. Box 15796**

| **Wilmington** | DE | **19886-5796** |

Date or dates debt was incurred   **11/01/2019**

Last 4 digits of account number   **2   0   3   9**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,094.54**

---

**3.20** | Nonpriority creditor's name and mailing address

**Center Point Energy Services Inc.**

**P.O. Box 301149**

| **Dallas** | TX | **75303-1149** |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,632.76**

---

DocuSign Envelope ID: 4B31A620-1C82-4910-B485-147AB236C7D6

| Debtor | Newstream Hotel Partners-IAH, LLC | Case number (if known) | 20-41064-11 |
|---|---|---|---|

### Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21** Nonpriority creditor's name and mailing address

**Cintas Corporation**

**97627 Eagle Way**

**Chicago**          IL     **60678-7627**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$558.34**

---

**3.22** Nonpriority creditor's name and mailing address

**City of Houston Water Department**

**P.O. Box 1560**

**Houston**          TX     **77251**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$20,917.12**

---

**3.23** Nonpriority creditor's name and mailing address

**Comcast Business**

**P.O. Box 660618**

**Dallas**          TX     **75266-0618**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$328.98**

---

**3.24** Nonpriority creditor's name and mailing address

**Constellation NewEnergy, Inc.**

**P.O. Box 4640**

**Carol Stream**          IL     **60197-4640**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$53,322.22**

---

DocuSign Envelope ID: 4B31A620-1C82-4910-B485-147AB236C7D6

| Debtor | Newstream Hotel Partners-IAH, LLC | Case number (if known) | 20-41064-11 |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address |
|---|---|

**Dave's Table Lighting & Candle**

**16231 Cliff Haven Drive**

**Houston**                     **TX**     **77095**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$261.21**

| 3.26 | Nonpriority creditor's name and mailing address |
|---|---|

**DirecTV**

**P.O. Box 60036**

**Los Angeles**                 **CA**     **90060-0036**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$120.09**

| 3.27 | Nonpriority creditor's name and mailing address |
|---|---|

**Dobdin Floor Covering, Inc.**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$89,883.99**

| 3.28 | Nonpriority creditor's name and mailing address |
|---|---|

**Ecolab Inc.**

**P.O. Box 70343**

**Chicago**                     **IL**     **60673-0343**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$286.58**

DocuSign Envelope ID: 4B31A620-1C82-4910-B485-147AB236C7D6

| Debtor | Newstream Hotel Partners-IAH, LLC | Case number (if known) | 20-41064-11 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.29** Nonpriority creditor's name and mailing address

Ecolab Pest Elimination Division

26252 Network Place

Chicago                    IL      60673-1262

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Services Rendered

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$10,316.85**

---

**3.30** Nonpriority creditor's name and mailing address

Envirotech Mechanical Systems LLC

270 Lake Meadows Drive

Montgomery                 TX      77316

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$741.51**

---

**3.31** Nonpriority creditor's name and mailing address

Expotel Hospitality Services, LLC

401 Veterans Memorial Blvd.

Suite 102

Metairie                   LA      70005

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$61,935.48**

---

**3.32** Nonpriority creditor's name and mailing address

First State Bank of Roanoke

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
?

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$183,000.00**

---

DocuSign Envelope ID: 4B31A620-1C83-4919-B485-147AB236C7D6

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) | **20-41064-11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | **$312.50** |
|---|---|---|---|---|

**Gannett - USA Today**

**7950 Jones Branch Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **McLean** | **VA** | **22107-0150** |

Basis for the claim: **Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,975.79** |

**Gesmer Updegrove LLP**

**40 Broad Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Boston** | **MA** | **02109** |

Basis for the claim: **Legal Fees**

Date or dates debt was incurred

Last 4 digits of account number   6   7   1   5

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,186.52** |

**Greenbriar North Association**

**P.O. Box 133063**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Spring** | **TX** | **77393** |

Basis for the claim: **Other**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |

**Harris County Tax Assessor**

**Ann Harris Bennett**

**P.O. Box 4663**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77210-4663** |

Basis for the claim: **Services Rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

DocuSign Envelope ID: 4B31A620-1C82-4910-B485-147AB236C7D6

| Debtor | Newstream Hotel Partners-IAH, LLC | Case number (if known) | 20-41064-11 |
|--------|-----------------------------------|------------------------|-------------|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.37 Nonpriority creditor's name and mailing address

Harris County Toll Road Authority

7701 Wilshire Pl Dr.

Houston                     TX      77040

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**$2,784.88**

### 3.38 Nonpriority creditor's name and mailing address

HD Supply Facilities Maintenance

P.O. Box 509058

San Diego                   CA      92150-9058

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**$4,926.08**

### 3.39 Nonpriority creditor's name and mailing address

HMC Hospitality Operating Company

c/o Julian P. Vasek

Munsch Hardt Kopf & Harr, P.C.

500 N. Akard Street, Suite 3800

Dallas                      TX      75201

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
?

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

### 3.40 Nonpriority creditor's name and mailing address

Houston Independent Security

9894 Bissonnet Street

Suite 303

Houston                     TX      77036

Date or dates debt was incurred   04/02/2019

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**$20,951.81**

DocuSign Envelope ID: 4B31A620-1C83-4919-B485-147AB236C7D6

| Debtor | Newstream Hotel Partners-IAH, LLC | Case number (if known) | 20-41064-11 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.41** Nonpriority creditor's name and mailing address

**Industrial Fire Equipment & Service**

**204 N. Palmer**

Houston      TX      77003

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$287.92**

---

**3.42** Nonpriority creditor's name and mailing address

**IPFS Corporation**

**P.O. Box 730223**

Dallas      TX      75373-0223

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**$22,625.00**

---

**3.43** Nonpriority creditor's name and mailing address

**Logix Fiber Networks**

**P.O. Box 734120**

Dallas      TX      75373-4120

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,032.84**

---

**3.44** Nonpriority creditor's name and mailing address

**Minuteman Press**

**426 Aldine Bender**

Houston      TX      77060

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,177.47**

---

DocuSign Envelope ID: 4B21A620-1C83-4910-B485-147AB236C7D6

| Debtor | Newstream Hotel Partners-IAH, LLC | Case number (if known) | 20-41064-11 |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.45** Nonpriority creditor's name and mailing address

$2,787.15

Muzak, LLC dba Mood Media

P.O. Box 71070

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Charlotte | NC | 28272-1070 |
|---|---|---|

Basis for the claim:
Vendor

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.46** Nonpriority creditor's name and mailing address

$9,297.00

NCS Commercial Recovery on behalf of

The Knowledge Group

P.O. Box 24101

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Cleveland | OH | 44124 |
|---|---|---|

Basis for the claim:
Vendor

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.47** Nonpriority creditor's name and mailing address

$66,395.65

Newstream Commercial

311 South Oak Street

Suite 250

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Roanoke | TX | 76262 |
|---|---|---|

Basis for the claim:
Loan

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.48** Nonpriority creditor's name and mailing address

$37,168.48

Newstream Hospitality Partners

311 South Oak Street

Suite 250

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Roanoke | TX | 76262 |
|---|---|---|

Basis for the claim:
Loan

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

DocuSign Envelope ID: 4B21A620-1C22-4910-B485-147AB236C7D6

| Debtor | **Newstream Hotel Partners-IAH, LLC** | | Case number (if known) | **20-41064-11** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.49**    Nonpriority creditor's name and mailing address

**Pitney Bowes**

**P.O. Box 371887**

**Pittsburgh**      **PA**      **15250-7887**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$34.50**

---

**3.50**    Nonpriority creditor's name and mailing address

**Pitney Bowes**

**P.O. Box 371887**

**Pittsburgh**      **PA**      **15250-7887**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$313.71**

---

**3.51**    Nonpriority creditor's name and mailing address

**Planet Ford**

**20403 I-45**

**Spring**      **TX**      **77388**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,880.64**

---

**3.52**    Nonpriority creditor's name and mailing address

**Pro Construction LLC**

**d/b/a Complete DKI**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,148,399.23**

---

DocuSign Envelope ID: 4B31A620-1C82-4910-B485-147AB236C7D6

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) | **20-41064-11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.53**    Nonpriority creditor's name and mailing address

**Red Lion Hotel Corporation**

**Attn: Accounts Receivable**

**1550 Market Street, Suite 425**

**Denver**                    **CO        80202**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**$298,509.00**

---

**3.54**    Nonpriority creditor's name and mailing address

**Schindler Elevator Corp.**

**P.O. Box 93050**

**Chicago**                    **IL        60673-3050**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,045.09**

---

**3.55**    Nonpriority creditor's name and mailing address

**Staples**

**500 Staples Drive**

**Framingham**                    **MA        01702**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$107.89**

---

**3.56**    Nonpriority creditor's name and mailing address

**Summer Creek Cleaners**

**11505 N. Sam Houston Pkwy E.**

**Humble**                    **TX        77396**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$50.02**

---

DocuSign Envelope ID: 4B31A620-1C32-4910-B485-147AB236C7D6

| Debtor | Newstream Hotel Partners-IAH, LLC | Case number (if known) | 20-41064-11 |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.57** Nonpriority creditor's name and mailing address

Sun Belt Rentals

5280 N. Sam Houston Pkwy E.

Houston          TX     77032

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,483.58**

---

**3.58** Nonpriority creditor's name and mailing address

Synergetic Communications

5450 Northwest Central

Suite 220

Houston          TX     77092

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$688.80**

---

**3.59** Nonpriority creditor's name and mailing address

Texas Mutual Insurance

P.O. Box 841843

Dallas          TX     75284-1843

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,887.46**

---

**3.60** Nonpriority creditor's name and mailing address

The Terminix International Co. LP

P.O. Box 802155

Chicago          IL     60680-2131

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$828.80**

---

DocuSign Envelope ID: 4B21A620-1C21-4910-B485-147AB236C7D6

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) | **20-41064-11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.61

**Nonpriority creditor's name and mailing address**

**Travel Click, Inc.**

**300 N. Martingale**

**Suite 650**

| **Schaumburg** | **IL** | **60173** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$504.56**

### 3.62

**Nonpriority creditor's name and mailing address**

**Vistar**

**P.O. Box 951080**

| **Dallas** | **TX** | **75395-1080** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,289.29**

### 3.63

**Nonpriority creditor's name and mailing address**

**Voss Lighting**

**P.O. Box 22159**

| **Lincoln** | **NE** | **68542-2159** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$667.57**

### 3.64

**Nonpriority creditor's name and mailing address**

**Waste Connection of Texas**

**2010 Wilson Road**

| **Humble** | **TX** | **77396** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,327.37**

DocuSign Envelope ID: 4B21A620-1C82-4910-B485-147AB236C7D6

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) | **20-41064-11** |
|---|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. $79,370.68 |
| 5b. | **Total claims from Part 2** | 5b. + $2,219,998.46 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $2,299,369.14 |

DocuSign Envelope ID: 4B31A620-1C82-491D-B485-147AB236C7D6

**Fill in this information to identify the case:**

Debtor name  **Newstream Hotel Partners-IAH, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number  **20-41064-11**                     Chapter   **11**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

2.  **List all contracts and unexpired leases**                                 State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Choice Franchise Agreement | Choice Hotels International |
| | | | 1 Choice Hotels Circle, Suite 402 |
| | State the term remaining | 19.5 years | |
| | List the contract number of any government contract | | Rockville                     MD          20850 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease | Pitney Bowes |
| | | | P.O. Box 371887 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Pittsburgh                   PA          15250-7887 |

**Fill in this information to identify the case:**

Debtor name __**Newstream Hotel Partners-IAH, LLC**__

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number __**20-41064-11**__
(if known)

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  **Rob Lawson** | **8100 E. Union Avenue** <br> Number    Street <br> **Suite 2001** <br> **Denver**    **CO**    **80237** <br> City    State    ZIP Code | **Red Lion Hotel Corporation** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2  **Rob Lawson** | **8100 E. Union Avenue** <br> Number    Street <br> **Suite 2001** <br> **Denver**    **CO**    **80237** <br> City    State    ZIP Code | **UC Funding** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3  **Scott Tarwater** | **311 S. Oak Street** <br> Number    Street <br> **Suite 250** <br> **Roanoke**    **TX**    **76262** <br> City    State    ZIP Code | **Red Lion Hotel Corporation** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.4  **Scott Tarwater** | **311 S. Oak Street** <br> Number    Street <br> **Suite 250** <br> **Roanoke**    **TX**    **76262** <br> City    State    ZIP Code | **UC Funding** | ☑ D <br> ☐ E/F <br> ☐ G |

DocuSign Envelope ID: 4B21A620-1C22-4910-B485-147AB236C7D6

| Debtor | **Newstream Hotel Partners-IAH, LLC** | Case number (if known) | **20-41064-11** |
|---|---|---|---|

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 **Scott Tarwater** | **311 S. Oak Street**<br>Number      Street<br>**Suite 250**<br>**Roanoke**      **TX**   **76262**<br>City                  State   ZIP Code | **Choice Hotels International** | ☐ D<br>☐ E/F<br>☑ G |
| 2.6 **Tim Nystrom** | **311 S. Oak Street**<br>Number      Street<br>**Suite 250**<br>**Roanoke**      **TX**   **76262**<br>City                  State   ZIP Code | **Red Lion Hotel Corporation** | ☐ D<br>☑ E/F<br>☐ G |
| 2.7 **Tim Nystrom** | **311 S. Oak Street**<br>Number      Street<br>**Suite 250**<br>**Roanoke**      **TX**   **76262**<br>City                  State   ZIP Code | **UC Funding** | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 **Tim Nystrom** | **311 S. Oak Street**<br>Number      Street<br>**Suite 250**<br>**Roanoke**      **TX**   **76262**<br>City                  State   ZIP Code | **Choice Hotels International** | ☐ D<br>☐ E/F<br>☑ G |

DocuSign Envelope ID: 4B31A620-1C83-491D-B485-147AB236C7D6

---

**Fill in this information to identify the case:**

Debtor Name  **Newstream Hotel Partners-IAH, LLC**

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF TEXAS**

Case number (if known):  **20-41064-11**

☐ Check if this is an amended filing

---

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B.................................................................... | $0.00

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B................................................................. | $2,146,788.71

    1c. **Total of all property**
    Copy line 92 from Schedule A/B.................................................................. | $2,146,788.71

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | $5,477,196.10

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F........................................ | $79,370.68

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......................... | + $2,219,998.46

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................. | $7,776,565.24

---

DocuSign Envelope ID: 4B31A620-1C82-4910-B485-147AB236C7D6

| **Fill in this information to identify the case and this filing:** |
|---|

| Debtor Name | **Newstream Hotel Partners-IAH, LLC** |
|---|---|
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **20-41064-11** |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**05/22/2020**__
        MM / DD / YYYY

X _Timothy Nystrom_____
Signature of individual signing on behalf of debtor

**Timothy Nystrom**
Printed name

**See Exhibit "A"**
Position or relationship to debtor

# EXHIBIT "A"

Newstream Hotel Partners – IAH LLC

By: _____

Timothy Nystrom, President
Newstream Hotels & Hospitality LLC,
Manager of Newstream Hotel Partners – IAH LLC