**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE: Newstream Hotel Partners-IAH, LLC  CASE NO  20-41064-11

CHAPTER  11

*AMENDED 10/19/20*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/19/2020                    Signature  _____
                                               *Timothy Nystrom*
                                               *See Exhibit "A"*

Date  _____       Signature  _____

## EXHIBIT "A"

Newstream Hotel Partners – IAH LLC

By: _____
Timothy Nystrom, President
Newstream Hotels & Hospitality LLC,
Manager of Newstream Hotel Partners – IAH LLC

Alejandrina Chavez
4911 Harmon Street
Houston, TX 77093

Angeline E. Grasse
331 Parramatta Lane
Apt. 207
Houston, TX 77073

Antonia Luvianos-Benitez
4216 Trenton Road
Houston, TX 77093

Balraj Sra
3 Rocky Lane
Houston, TX 77040

Bank of America
Business Card
P.O. Box 15796
Wilmington, DE 19886-5796

Carlos Padilla
7222 Winding Trace Drive
Houston, TX 77086

Choice Hotels International
1 Choice Hotels Circle, Suite 402
Rockville, MD 20850

Dobbin Floor Covering, Inc.
2224 Hoskins Drive
Houston, TX 77080

Elizabeth Benavente
500 North Sam Houston Parkway East
Houston, TX 77034

First State Bank of Roanoke
211 S. Oak Street
Roanoke, TX 76262


Houston Independent Security
9894 Bissonnet Street
Suite 303
Houston, TX 77036


Jesus Herrera
6014 Woodview
Humble, TX 77396


Luisa Guzman-Castro
16250 Imperial Valley Drive
Apt. 306
Houston, TX 77060


Maria Garcia
8523 Jack Pine Place
Tomball, TX 77375


Maria Garnica
419 Country Fair Drive
Houston, TX 77060


Maria Venegas
2143 Grenbriar Colony


Mariano Hernandez
7222 Winding Trace Drive
Houston, TX 77086


Marie Bradley
1418 Evermore Manor Lane
Houston, TX 77073

Mayra Y. Ramos
1511 Chestnut Tree Lane
Houston, TX 77067


Pro Construction LLC
d/b/a Complete DKI
511 Wynnehurst Street
Pensacola, FL 32503


Puanani M. Lindon
P.O. Box 92983
Lafayette, LA 70509


Richard Cobian
P.O. Box 62721
Houston, TX 77205-2681


Ronald Freeman
90 Northpoint Drive
Apt. 313
Houston, TX 77060-3247


Rosa M. Garcia
906 Greens Road
Apt. 83
Houston, TX 77060


Rosalia Guzman
215 Mill Stream Lane
Houston, TX 77060


Ruben Pineda
20318 Paso Fino Drive
Humble, TX 77338


Sherry A. Harvey
10419 Clearwater Crossing Blvd.
Houston, TX 77075

Tila Sanchez
16303 Imperial Valley Drive
Apt. 509
Houston, TX 77060

Xavier Davis
7131 Pittswoods Lane
Houston, TX 77016