# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 20-41064 |
| NEWSTREAM HOTEL PARTNTERS – § | |
| IAH LLC § | |
| § | Chapter 11 |
| Debtor. § | |

## WITNESS AND EXHIBIT LIST

Newstream Hotel Partners – IAH LLC ("**Debtor**"), debtor and debtor-in-possession in the above-referenced case, files this its Witness and Exhibit List in connection with the hearings scheduled before the Honorable Brenda T. Rhoades, United States Bankruptcy Judge, 660 N. Central Expressway, Suite 300B, Plano, Texas 75074 on **January 21, 2021** at **10:00 a.m.**

   I.   **Witnesses.** The Debtor may call the following witnesses:

   a. Timothy Nystrom;

   b. Austin O'Connor

   c. Any and all witnesses designated and/or called by any party in interest; and/or

   d. Any and all necessary rebuttal and/or impeachment witnesses.

   II.   **Exhibits.** The Debtor may seek the introduction of the following exhibits:

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE |
|---|---|---|---|---|---|---|
| D-1 | Declaration of Tim Nystrom in Support of Debtor's Motion to Approve Settlement and Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019 | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE |
|---|---|---|---|---|---|---|
| D-2 | Declaration of Creditor UC Red Lion Houston Holder, LLC's Corporate Representative [Docket 49-1] | | | | | |
| D-3 | Settlement Agreement | | | | | |
| D-4 | Docket in Chapter 11 Case | | | | | |
| D-5 | Amended Petition [Docket No. 8] | | | | | |
| D-6 | UC Funding Proof of Claim | | | | | |
| D-7 | Temporary Injunction | | | | | |
| D-8 | November 2020 Monthly Operating Report [Docket No. 151] | | | | | |
| D-9 | Bank Statement | | | | | |
| | Any exhibits designated by any other party | | | | | |
| | Any rebuttal exhibits | | | | | |

The Debtor expressly reserves the right to amend or supplement this list at any time prior to the hearing. Any party wishing to obtain copies of the exhibits designated herein may do so by requesting copies, in writing, from the undersigned counsel.

Dated: January 17, 2021

By: */s/ Jason P. Kathman*
Jason P. Kathman
State Bar No. 24070036
Megan F. Clontz
State Bar No. 24069703
SPENCER FANE LLP
5700 Granite Parkway, Suite 650
Plano, Texas 75024
(214) 658-6500 – Telephone
(214) 658-6509 – Telecopier
Email: jkathman@spencerfane.com
Email: mclontz@spencerfane.com

**COUNSEL FOR
DEBTOR AND
DEBTOR-IN-POSSESSION**

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on January 17, 2021 I caused to be served the foregoing pleading upon all parties receiving notice via the Court's electronic transmission facilities and upon the following parties specified below:

Paul Pilibosian
pilibosian@hoverslovacek.com

Angeline Kell
kell@hooverslovacek.com

**Counsel for Westway Construction Services, LLC**

*/s/ Jason P. Kathman*
Jason P. Kathman